No. 68196.—California Radio & Electronics Co. et al. *v.* United States, protests 62/14586, etc. (Los Angeles).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of "VU" meters similar in all material respects to those the subject of *Universal Foreign Service, Inc., et al.* v. *United States* (47 Cust. Ct. 183, C.D. 2300), and volt-ohm-milliampere meters the same in all material respects as those the subject of *United States* v. *G. L. Electronics, Inc., et al.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiffs was sustained.

DECEMBER 23, 1963

No. 68197.—William Adams, Inc. *v.* United States, protest 61/12654.——C.D. 2419.   Plaintiff's application for rehearing denied.

No. 68198.—Austen Display, Inc. *v.* United States, protests 300157–K, 58/13224, and 58/8930.   Protests abandoned November 20, 1963.   (Not published.) (Initial No. 252688–K.)   Plaintiff's application for rehearing granted.

BEFORE THE SECOND DIVISION, DECEMBER 30, 1963

No. 68199.—E. R. Samsey & Company *v.* United States, protests 62/1, 63/238, 62/5898 (Portland, Oreg.).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of steel bandsaws in coils similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (50 Cust. Ct. 41, C.D. 2386), the claim of the plaintiff was sustained.